**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PATRICK WEIRS,

      Plaintiff,                               Case No.: 1:26-cv-04742

v.                                      Judge Jorge L. Alonso

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Daniel P. McLaughlin
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**DECLARATION OF PATRICK WEIRS**

I, Patrick Weirs, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am the husband of the late Persis Clayton Weirs. She is the artist who created the Persis Clayton Weirs Works. I inherited the ownership of my late wife's artwork, and I manage her legacy and business affairs. I make this declaration from matters within my knowledge, save where otherwise stated.

3.      Persis Clayton Weirs was a talented artist with a passion for wildlife. A self-taught artist, she first began drawing horses as a child, but with support from her father, her talents expanded into a wide variety of animals and their surroundings. She began painting horses seriously at age twenty-three and was soon commissioned to paint portraits of champion show horses and racehorses. By the early 1980s, Persis began to turn her attention to wildlife art. She exhibited in numerous art shows and galleries throughout the United States

1

and an international tour to China, and she received numerous accolades throughout her career. As an artist, she hoped to share her respect for wildlife and her sense of responsibility for the quality of the environment.

4.      I am the official source of products associated with the Persis Clayton Weirs Works (the "Persis Clayton Weirs Products"):



https://www.wildwings.com/collections/all/products/108055

5.      I am the owner of the copyright registrations for the Persis Clayton Weirs copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-445-089 and VA 2-445-085 (the "Persis Clayton Weirs Works").

6.      The success of the Persis Clayton Weirs Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in First Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and

importing unauthorized versions of the Persis Clayton Weirs Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Persis Clayton Weirs Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Persis Clayton Weirs Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Persis Clayton Weirs Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Persis Clayton Weirs Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Persis Clayton Weirs copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Persis Clayton Weirs Works and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Persis Clayton Weirs Works are meant to be exclusive rights.

11.     The marketing and distribution of the Persis Clayton Weirs Works and derivative works are aimed at growing and sustaining sales. When infringers use the Persis Clayton Weirs Works without authorization, the exclusivity associated with the Persis Clayton Weirs Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12.     Uncontrolled profiteering and pirating of the Persis Clayton Weirs Works create the impression that the copyright rights associated with the Persis Clayton Weirs Works may be infringed with impunity. The Persis Clayton Weirs Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Persis Clayton Weirs Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Persis Clayton Weirs Works cannot be compensated for financially since it erodes my ability to monetize the Persis Clayton Weirs Works.

13.     I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026.

*Patrick R. Weirs*

Patrick Weirs

4