# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

PATRICK WEIRS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

Case No.: 1:26-cv-04742

Judge Jorge L. Alonso

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 9, 2026, at 9:30 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Jorge L. Alonso for the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of

Default and Default Judgment against the Defendant identified in First Amended Schedule A.

DATED: June 3, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 3, 2026 with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an email to any e-mail address provided for Defendant by third parties that includes a link to said website.

             */s/ Keith A. Vogt*
             Keith A. Vogt