**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PATRICK WEIRS,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04742

Judge Jorge L. Alonso

Magistrate Judge Daniel P. McLaughlin

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on Thursday, June 25, 2026, at 9:30 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Judge Jorge L. Alonso of

the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for

Extension of Time to File a Renewed Motion for Default Judgment.

DATED: June 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***