**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PATRICK WEIRS,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04742

Judge Jorge L. Alonso

Magistrate Judge Daniel P. McLaughlin

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the

Complaint:

| No. | Defendant |
|---|---|
| 1 | BeiLingJingMao |
| 2 | xiaosnan |
| 3 | HeNanJiuQuanLeShangMao |
| 4 | nanxindege |
| 5 | 范书柜收纳 |
| 6 | DingYuTing |
| 7 | GuangZhouYiWuShangMao |
| 8 | 金华市淑徵服饰有限公司 |
| 9 | deyangzhiguangshanxi |
| 10 | qujingyanchaoshangmaoyouxiangongsi |
| 11 | ZHUOYUSS |
| 14 | XYNFangLanYuan |
| 15 | HYLUN |
| 16 | QQQDFDSQDWe Quan Art poster decorations |

1

| 17 | Foop Art B |
|----|------------|
| 18 | Hoop Art |
| 19 | B Distant decorative painting |

This terminates the action.

DATED:  August 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt