**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Patrick Weirs

　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.:
　　　　　　　　　　　　　　　　　　　　　　　1:26–cv–04742

　　　　　　　　　　　　　　　　　　　　　　　Honorable Jorge L.
　　　　　　　　　　　　　　　　　　　　　　　Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A

　　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2026:

　　　　MINUTE entry before the Honorable Jorge L. Alonso: A notice of voluntary dismissal as to the remaining defendants has been filed [30]. This case is dismissed without prejudice. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.